IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In Re:

SUNSET ENTERPRISES OF NAPLES, INC.                Case No. 9:09-bk-00025-ALP

_____Debtor._____ /

## REPORT AND NOTICE OF INTENTION TO SELL
## PROPERTY OF THE ESTATE

TO:   Creditors, Debtors and Parties in Interest:

ROBERT E. TARDIF JR., the Trustee duly appointed and acting in the above estate, reports that he intends to sell on or after 20 days from the date of mailing by the Bankruptcy Court, the following property of the estate of the Debtor, under the terms and conditions set forth below:

1. **Type of Sale**: Private sale to Gordon Horvat, 5790 Dogwood Way, Naples, FL 34116.

2. **Description of Property**:  All right, title and interest, if any, of the bankruptcy estate in and/or to office furnishings, supplies, computers and such other personal property within 3884 Progress Ave. # 5, Naples, FL.

3. **Terms and Conditions of Sale**: $1,000.00, plus sales tax of 6%..

4. **Factors Used to Arrive at Value and Sales Price**:  The Debtor valued the above-referenced property at $5,500.00 in its schedules.  The estate would incur substantial expense to move and sell these assets.  The Trustee did receive a previous informal offer of $500.00.  The property is essentially used personal property and with the economic conditions currently prevailing the Trustee does not believe a much higher amount is feasible.  The Trustee believes the proposed sale represents the highest and best offer given the state of the market and construction industry.

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 6004-1 the Trustee intends to sell the foregoing property without further notice or hearing unless a party in interest files and serves an objection within 20 days of the date of this report and notice. **However, the Trustee is simultaneously filing a motion to shorten the time period to 10 days.** If you object to the proposed sale, you must file your objection with the Clerk of the Court at Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Suite 727, Tampa, Florida 33602 and serve a copy on Robert E. Tardif Jr., Trustee, 8695 College Parkway, Suite 1220, Fort Myers, Florida 33919, and on the Assistant United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, Florida 33602.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified.  The objection shall state the reasons therefore and shall include a request for a hearing on the objection.  If no objection is filed, the sale described above will take place without further notice or hearing.

5. **Liens & Encumbrances**: The Trustee has noted all liens of which he has knowledge below, but the Trustee has not performed a judgment or lien search. The property is being sold **SUBJECT TO** any and all liens and encumbrances of record, those indicated on the Debtor's schedules and any unknown liens and encumbrances, including any IRS of other governmental liens and encumbrances for payment of delinquent or current taxes. The Purchaser is responsible for checking the marketability of the title to the property prior to the date of sale. The Purchaser is responsible for payment of all costs involved in the transfer of title to the property including, but not limited to recording costs, documentary stamps and/or sales tax. NO WARRANTIES are either express or implied. The property is being sold AS IS.

| Lienholder | Address | Amount of lien |
|---|---|---|

**None Known to Exist**

**NOTICE:** For items subject to Florida Sales Tax, if an exemption or waiver is sought, a Resale or Consumer Exemption Certificate will be required upon the sale. The certificate must bear the name and address of the Purchaser, the effective date and the number of the dealer's certificate of registration, and the dealer's signature. If a resale certificate is not presented when required, sales tax will be collected. The tax shall be added to the sales price and the amount of the tax shall be separately stated as Florida tax on any charge tickets, sales slips, invoices or other tangible evidence of sale, and shall be a debt from the purchaser or consumer to the Trustee. If a titled vehicle is involved, buyer is responsible for paying sales tax to the Tag Agency or Tax Collector. This provision does not apply to real estate.

6. **Higher Bids**: In the case of private sales only, the Trustee will entertain any higher bids for the purchase of the property described in this Report and Notice of Intention to Sell. Such bids must be at least $1,000.00 higher than the sales price reflected above. It is the intention of the Trustee that $500.00 of the foregoing amount would be paid to Gordon Horvat for efforts to move the items.. Any higher bid must be received by the Trustee at the address listed below no later than close of business 5 days from the date of service of this document.

Dated this February 26, 2009.

/s/ Robert E. Tardif Jr.
Robert E. Tardif Jr., Trustee
8695 College Parkway, Suite 1220
Fort Myers, Florida 33919
Telephone: 239/985-4259
Facsimile: 239/985-4211

Copies mailed by the Court as follows:

Robert E. Tardif Jr., Trustee, 8695 College Parkway Suite 1220, Fort Myers, FL 33919
Assistant United States Trustee (electronically)
Gordon Horvat, 5790 Dogwood Way, Naples, FL 34116
Sunset Enterprises Of Naples, Inc., 3884 Progress Ave. #6, Naples FL 34104
Carmen Dellutri (electronically)
All Creditors and Parties of Interest