IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In Re:

SUNSET ENTERPRISES OF NAPLES, INC.                Case No. 9:09-bk-00025-ALP

_____Debtor._____ /

## REPORT AND NOTICE OF INTENTION TO SELL
## PROPERTY OF THE ESTATE

TO:    Creditors, Debtors and Parties in Interest:

ROBERT E. TARDIF JR., the Trustee duly appointed and acting in the above estate, reports that he intends to sell on or after 20 days from the date of mailing by the Bankruptcy Court, the following property of the estate of the Debtor, under the terms and conditions set forth below:

1. **Type of Sale**: Private sale to Auto Brokers of Fort Myers, Inc.

2. **Description of Property**: All right, title and interest, if any, of the bankruptcy estate in and/or to See Exhibit A.

3. **Terms and Conditions of Sale**: See Purchase Amounts on Exhibit A.

4. **Factors Used to Arrive at Value and Sales Price**: The Debtor operated a plumbing business in Collier County, Florida. The vehicles being sold were used as work vans. The vehicles have relatively high mileage and have been heavily used. Due to current prevailing economic conditions, with many construction-related companies failing and closing, these vehicles are not readily able to be sold significant amounts. All vehicles bear the name of the name of the plumbing company so some expense will be required by any buyer to resell the vehicles. The Trustee has attempted to provide rationale related to each vehicle being sold.

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 6004-1 the Trustee intends to sell the foregoing property without further notice or hearing unless a party in interest files and serves an objection within 20 days of the date of this report and notice. If you object to the proposed sale, you must file your objection with the Clerk of the Court at Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Suite 727, Tampa, Florida 33602 and serve a copy on Robert E. Tardif Jr., Trustee, 8695 College Parkway, Suite 1220, Fort Myers, FL 33919, and on the Assistant United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, Florida 33602.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. The objection shall state the reasons therefore and shall include a request for a hearing on the objection. If no objection is filed, the sale described above will take place without further notice or hearing.

5. **Liens & Encumbrances**: The Trustee has noted all liens of which he has knowledge below, but the Trustee has not performed a judgment or lien search. The property is being sold **SUBJECT TO** any and all liens and encumbrances of record, those indicated on the Debtor's schedules and any unknown liens and encumbrances, including any IRS of other governmental liens and encumbrances for payment of delinquent or current taxes. The Purchaser is responsible for checking the marketability of the title to the property prior to the date of sale. The Purchaser is responsible for payment of all costs involved in the transfer of title to the property including, but not limited to recording costs, documentary stamps and/or sales tax. NO WARRANTIES are either express or implied. The property is being sold AS IS.

| Lienholder | Address | Amount of lien |
|---|---|---|
| GMAC (1 Van) | | approx $5,400.00 |

**NOTICE:** For items subject to Florida Sales Tax, if an exemption or waiver is sought, a Resale or Consumer Exemption Certificate will be required upon the sale. The certificate must bear the name and address of the Purchaser, the effective date and the number of the dealer's certificate of registration, and the dealer's signature. If a resale certificate is not presented when required, sales tax will be collected. The tax shall be added to the sales price and the amount of the tax shall be separately stated as Florida tax on any charge tickets, sales slips, invoices or other tangible evidence of sale, and shall be a debt from the purchaser or consumer to the Trustee. If a titled vehicle is involved, buyer is responsible for paying sales tax to the Tag Agency or Tax Collector. This provision does not apply to real estate.

6. **Higher Bids**: In the case of private sales only, the Trustee will entertain any higher bids for the purchase of the property described in this Report and Notice of Intention to Sell. Such bids must be at least $500.00 higher than the sales prices reflected below. Any higher bid must be received by the Trustee at the address listed below no later than close of business 20 days from the date of service of this document.

Dated this March 27, 2009.

/s/ Robert E. Tardif Jr.
Robert E. Tardif Jr., Trustee
8695 College Parkway, Suite 1220
Fort Myers, Florida 33919
Telephone: 239/985-4259
Facsimile: 239/985-4211

Copies mailed by the Court as follows:

Robert E. Tardif Jr., Trustee, 8695 College Parkway Suite 1220, Fort Myers, FL 33919
Assistant United States Trustee (electronically)
Auto Brokers of Fort Myers, Inc., 16210 San Carlos Blvd, Fort Myers, FL 33908
Sunset Enterprises Of Naples, Inc., 3884 PROGRESS AVE. #6, Naples FL 34104
Carmen Dellutri (electronically)
All Creditors and Parties of Interest

**Exhibit A**

| | |
|---|---:|
| 2000 GMC G3500 Cargo Van, VIN 1GTHG39R2Y1159190 | $700 |

    Van was not operational when inspected by the Trustee. The vehicle is an older model year and appears to be heavily used. Debtor scheduled vehicle for $2,000.

| | |
|---|---:|
| 2004 Chevy Astro Cargo Van, VIN 1GCDM19XX4B116344 | $2,000 |

    Van was not operational when inspected by the Trustee. Although Debtor scheduled for $9,000, Trustee has consulted price guides and recent auction results and the range of values is between $1,600 and $3,600.

| | |
|---|---:|
| 2003 Chevy G2500 Van, VIN 1GCFG25X43112874 | $1,000 |

    Van was not operational when inspected by the Trustee. Although Debtor scheduled for $7,000, Trustee has consulted price guides and recent auction results and the range of values is only between $2,300 and $3,800. Given the condition of the vehicle the Trustee believes the low end to actually be more reflective of the highest value to achieve, but such a sale will come with expense to reduce the benefit to the estate.

| | |
|---|---:|
| 2006 Chevy Express Van, VIN 1GCGG25V361230953 | $500 |

    Van has only 60,000 miles, but it is subject to a lien to GMAC of approximately $5,400. Although the Debtor scheduled for $15,300. Trustee has consulted price guides and recent auction results and the range of values is only between $4,400 and $6,700. GMAC has already been granted relief to pick up the vehicle. The buyer is purchasing subject to the lien and will pay off the lien.

| | |
|---|---:|
| Small Box Trailer | $500 |

    Trailer is in average to good condition. The Debtor scheduled for $1,000.