IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In Re:

SUNSET ENTERPRISES OF NAPLES, INC.                     Case No. 9:09-bk-00025-ALP

_____Debtor._____/


## MOTION FOR AUTHORITY TO SELL PROPERTY
## OF THE ESTATE FREE AND CLEAR OF LIENS

COMES NOW the Trustee in the above-styled case, ROBERT E. TARDIF JR., and hereby moves this Court for authority to sell property of the estate free and clear of liens, and as grounds therefore states as follows:

1. Trustee proposes to sell the following property described below pursuant to 11 U.S.C. § 363: 2004 Chevrolet 3500 Cube Truck, VIN 1GBJG31U441238103

2. The proposed purchaser is Autobrokers of Fort Myers, Inc., 16210 San Carlos Blvd Fort Myers, FL 33908

3. The selling price is $6,300.00. The Trustee has attempted to determine the value of this truck in current market conditions. The asset is a work truck that was used in a plumbing business and with many construction-related businesses experiencing financial difficulty there appears to be a surplus of work trucks/vans in the market. The Trustee has consulted internet guides as well as offers to sell similar vehicles. The high appears to be approximately $12,000.00 and the low is approximately $3,000.00. The average asking price is approximately $6,500.00.

4. Trustee is informed that the following creditors may have liens upon the property:

| Creditor | Nature of Interest | Amount |
|---|---|---|
| GMAC<br>P.O. Box 8110<br>Cockeysville, MD 21030 | Lien | Unknown |

The Trustee believes this lien interest may have been satisfied by payment.

5. The Trustee proposes to pay the following liens and expenses from the proceeds of sale to enable him to sell the property free and clear of liens:

   a.   Collier County Tax Collector        up to               $2,365.87

6. The Trustee intends that the purported liens of creditors not identified as being paid in Paragraph 5 shall be transferred to and shall have the same priority, if any, to the

        proceeds of the sale.

7.

8.     The Trustee will entertain any higher bids for the purchase of the property that the Trustee proposes to sell. Such bids must be in writing and accompanied by a cashier's check payable to Robert E. Tardif Jr., Trustee in Bankruptcy in the Bankruptcy of SUNSET ENTERPRISES OF NAPLES, INC., in the amount of 10% of the proposed higher purchase price. **The Trustee must receive any higher bids at the Trustee's address listed below no later than 5 p.m. on May 12, 2009.** Trustee will then call the three highest bidders (in addition to the original bidder named above), and make arrangements to conduct an auction with those parties, either telephonically, or in person, at the discretion of the Trustee. In the event the Trustee accepts a higher bid, the purchaser in the Order of Sale shall be the highest bidder at the price and terms accepted by the Trustee.

WHEREFORE the Trustee moves the Court for entry of an Order authorizing the sale of the above-described property free and clear of liens in accordance with the terms stated herein.

*Certificate of Service*

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished on April 22, 2009 electronically to Assistant United States Trustee and Carmen Dellutri and by regular U.S. Mail to Sunset Enterprises Of Naples, Inc., 3884 Progress Ave. #6, Naples FL 34104, Internal Revenue Service, Insolvency Unit/Special Procedures, Post Office Box 17167, Stop 5760, Plantation, FL 33318, United States Attorney General, U.S. Dept. of Justice, Tax Division, Ben Franklin Station, Post Office Box 14198, Washington, DC 20044, District Counsel, Internal Revenue Service, 51 S.W. First Avenue, Room 1114, Miami, FL 33130, United States Attorney's Office, Attn: Civil Process Clerk, 400 North Tampa Street, Suite 3200, Tampa, FL 33602-4798, Michael J. Kearns, Dept of Justice, Tax Division, Post Office Box 14198, Washington, DC 20044, Internal Revenue Service, Atlanta Service Center, P. O. Box 47-421, Doraville, GA 30362 and Autobrokers of Fort Myers, Inc., 16210 San Carlos Blvd Fort Myers, FL 33908 and all those listed on the Creditor's Matrix as of April 22, 2009.

                                                      /s/ Robert E. Tardif Jr.
                                                      Robert E. Tardif Jr., Trustee
                                                      8695 College Parkway, Suite 1220
                                                      Fort Myers, Florida 33919
                                                      Telephone: 239/985-4259
                                                      Facsimile: 239/985-4211

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-9<br>Case 9:09-bk-00025-ALP<br>Middle District of Florida<br>Ft. Myers<br>Wed Apr 22 15:33:10 EDT 2009 | AFLAC<br>1932 Wynnton Road<br>Columbus, GA 31999-0797 | Advanced Medical Center<br>2171 Pine Ridge Road<br>Naples, FL 34109-2002 |
| Advanta Bank Corp<br>PO Box 30715<br>Salt Lake City, UT 84130-0715 | Advanta Bank Corp<br>PO Box 8088<br>Philadelphia, PA 19101-8088 | Advanta Bank Corp<br>PO Box 844<br>Spring House, PA 19477-0844 |
| Agnelli/Lundstrom<br>9350 Laredo Avenue<br>Fort Myers, FL 33905-4621 | Alltel<br>8725 Higgins Road<br>Chicago, IL 60631-2718 | Alltel<br>Bldg 4 3rd Floor<br>One Allied Drive<br>Little Rock, AR 72202-2099 |
| Alltel<br>PO Box 530533<br>Atlanta, GA 30353-0533 | Alltel<br>PO Box 96019<br>Charlotte, NC 28296-0019 | Auer/Werchek<br>9350 Laredo Avenue<br>Fort Myers, FL 33905-4621 |
| Balance Staffing<br>6261 NW 6th Way Ste. #206<br>Ft. Lauderdale, FL 33309-6103 | Balance Staffing<br>PO Box 60839<br>Charlotte, NC 28260-0839 | Barnett<br>PO Box 404295<br>Atlanta, GA 30384-4295 |
| Basto/FL Certified GC<br>4200 Ford Street Extension<br>Fort Myers, FL 33916-7960 | Bay Harbor/Scholten<br>4200 Bay Street Extension<br>Fort Myers, FL 33916 | Big Cypress Market Pl/Basik<br>4200 Ford Street Extension<br>Fort Myers, FL 33916-7960 |
| Broedel Plumbing Supply<br>1601 Commerce Lane<br>Suite 100<br>Jupiter, FL 33458-8818 | Brunell/Lundstrom<br>9350 Laredo Avenue<br>Fort Myers, FL 33905-4621 | C&C Tire & Auto<br>3700 Mercantile Avenue<br>Naples, FL 34104-3355 |
| Catholic Yearbook<br>7010 6th Street North<br>Oakdale, MN 55128-6146 | Cell Mates LLC<br>39020 US Highway 19 N<br>Tarpon Springs, FL 34689-3957 | Charlotte Harbor Exhaust<br>4135 Tamiami Trail<br>Port Charlotte, FL 33952-9212 |
| Charlotte Sun<br>23170 Harborview Road<br>Port Charlotte, FL 33980-2100 | Chase Card Services<br>PO Box 15291<br>Wilmington, DE 19886-5291 | Chase Card Services<br>PO Box 15298<br>Wilmington, DE 19850-5298 |
| Chase Card Services<br>Post Office Box 15153<br>Wilmington, DE 19886-5153 | Chase Card Services<br>Post Office Box 15548<br>Wilmington, DE 19886-5548 | Christopher Ayala<br>3325 Airport Pulling Rd N<br>Apt T-6<br>Naples, FL 34105-2853 |

```
CitiBusiness Card                 Citibank (South Dakota) N.A.      Coast Pump
PO Box 6309                       DBA:                              610 Groveland Avenue
The Lakes, NV 88901-6309          4740 121St St.                    Venice, FL 34285-4613
                                  Urbandale, IA 50323-2402


Coast Pump                        Collier County Tax Collector      Collier County Tax Collector
6320 Topaz Court                  2800 North Horseshoe Drive        3301 Tamiami Trail East
Fort Myers, FL 33966-8308         Naples, FL 34104-6917             Building C-1
                                                                    Naples, FL 34112-4997


Collier Tire & Auto Repair        Comcast                           Comcast
3906 Exchange Avenue              5205 Fruitville Road              PO Box 105184
Naples, FL 34104-3738             Sarasota, FL 34232-2297           Atlanta, GA 30348-5184


Comcast                           Comcast                           Contractor Access
PO Box 105257                     PO Box 802068                     PO Box 51485
Atlanta, GA 30348-5257            Dallas, TX 75380-2068             Ontario, CA 91761-0085


Carmen Dellutri                   Edward G Covington                Embarq
The Dellutri Law Group, PA        27489 Pelican Ridge Circle        341 Davis Boulevard
1436 Royal Palm Square Blvd       Bonita Springs, FL 34135-4550     Naples, FL 34104
Fort Myers, FL 33919-1049


Embarq                            Embarq                            Embarq 800
5454 West 110th Street            Post Office Box 96064             PO Box 219100
Overland Park, KS 66211-1204      Charlotte, NC 28296-0064          Kansas City, MO 64121-9100


Embarq Naples                     Embarq PG                         Equipment Source
PO Box 96064                      PO Box 96064                      3727 Prospect Avenue
Charlotte, NC 28296-0064          Charlotte, NC 28296-0064          Naples, FL 34104-3723


FEI Ferguson Underground          FL Department of Revenue          FPL
786 Professional Place            PO Box 6668                       General Mail Facility
Tampa, FL 33637                   Tallahassee FL 32314-6668         Miami, FL 33188-0001


FPL                               FPL                               FPL
PO Box 025209                     PO Box 025576                     PO Box 163250
Miami, FL 33102-5209              Miami, FL 33102-5576              Columbus, OH 43216-3250


FedEx                             Federated Insurance               Ferguson Enterprises
PO Box 1140                       PO Box 64304                      4200 Ford St Extension
Memphis, TN 38101-1140            Saint Paul, MN 55164-0304         Fort Myers, FL 33916-7960
```

| | | |
|---|---|---|
| Ferguson Enterprises, Inc.<br>c/o Thompson & Brooks<br>412 E. Madison Street, Suite 900<br>Tampa, FL 33602-4617 | Ferguson Enterprises, Inc.<br>c/o Steven F. Thompson, Esq.<br>Thompson & Brooks<br>412 E. Madison St., Ste 900<br>Tampa, Fl 33602-4617 | First Bank Card<br>PO Box 2557<br>Omaha, NE 68103-2557 |
| First Bank Card<br>PO Box 2818<br>Omaha, NE 68103-2818 | First Bank Card<br>PO Box 3331<br>Omaha, NE 68103-0331 | First Bank Card<br>PO Box 868<br>Omaha, NE 68101-0868 |
| Florida Dept of Revenue<br>1379 Blountstown Highway<br>Tallahassee, FL 32304-2716 | Florida Dept of Revenue<br>2295 Victoria Avenue<br>Suite 270<br>Fort Myers, FL 33901-3871 | Florida Dept of Revenue<br>5050 W Tennessee Street<br>Tallahassee, FL 32399-0180 |
| Florida Dept of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | Florida Fire & Safety<br>530 Paul Morris Drive<br>Englewood, FL 34223-3960 | Florida Power & Light<br>Claims Department/West Area<br>PO Box 1119<br>Sarasota, FL 34230-1119 |
| GMAC<br>PO BOX 901009<br>Fort Worth, TX 76101-2009 | GMAC<br>PO Box 100049<br>Duluth, GA 30096-9349 | GMAC<br>PO Box 2175<br>Jacksonville, FL 32203-2175 |
| GMAC<br>PO Box 2182<br>Greeley, CO 80632-2182 | GMAC<br>PO Box 462<br>St Louis, MO 63166-0462 | GMAC<br>PO Box 70309<br>Charlotte, NC 28272-0309 |
| GMAC<br>PO Box 78369<br>Phoenix, AZ 85062-8369 | GMAC<br>PO Box 8111<br>Cockeysville, MD 21030-8111 | GMAC<br>PO Box 9001719<br>Louisville, KY 40290-1719 |
| GMAC<br>PO Box 9001948<br>Louisville, KY 40290-1948 | GMAC<br>Payment Processing Center<br>PO Box 3100<br>Midland, TX 79702-3100 | GMAC, LLC<br>c/o Robert S. Hoofman<br>PO Box 3146<br>Orlando, FL 32802-3146 |
| George Campbell<br>5302 Jennings St<br>Naples, FL 34113-7818 | Gorman-Naples<br>3989 Prospect Avenue<br>Naples, FL 34104-3713 | Gorman-Naples<br>6910 SW 1 St.<br>Margate, FL 33068-1645 |
| Gorman-Port Charlotte<br>5757 McIntosh Road<br>Sarasota, FL 34233-3457 | Green Sheet<br>2733 Tamiami Trail<br>Unit C<br>Port Charlotte, FL 33952-5169 | HD Supply - Bank of America<br>PO Box 934752<br>Atlanta, GA 31193-4752 |

```
HD Supply, Plumbing HVAC          HYDRO LIFE                        Habitat Trail Ridge
Attn:  Joy Banks                  503 Maple St                      4200 Ford Street Extension
P.O. Box 907998                   Bristol, IN 46507-9495            Fort Myers, FL 33916-7960
Gainesville, GA 30501-0915


Haines Jones & Cadbury PHX        Hills Showcase                    Home Depot
2626 S 7th Street                 985 1st Avenue South              3031 NE Pine Island Road
Phoenix, AZ 85034-6511            Naples, FL 34102-6210             Cape Coral, FL 33909-6515


Home Depot                        Home Depot                        Home Depot
7840 Roswell Road                 PO Box 103072                     PO Box 105980
Building 100, Suite 210           Roswell, GA 30076-9072            Atlanta, GA 30353-5980
Atlanta, GA 30350-6877


Home Depot                        Home Depot                        Robert S Hoofman
PO Box 9055                       Processing Center                 Rush Marshall Jones & Kelly PA
Des Moines, IA 50368-9055         Des Moines, IA 50364-0500         Post Office Box 3146
                                                                    Orlando, FL 32802-3146


I K E Partnership                 I.K.E Partnership                 Idearc Media Corp
c/o Rice Contractors Inc          3884 Progress Ave                 Attn Acft Receivable Dept
3884 Progress Ave                 Naples, FL 34104-3653             PO Box 619009
Naples, FL 34104-3653                                               Dallas, TX 75261-9009


Interline Brands, Inc.            (p)INTERNAL REVENUE SERVICE       J & M Micro Inc
801 West Bay Street               CENTRALIZED INSOLVENCY OPERATIONS 3590 13 th Avenue SW
Jacksonville, FL 32204-1605       PO BOX 21126                      Naples, FL 34117-5324
                                  PHILADELPHIA PA 19114-0326


Jameson Supply                    Jesse W Sexton                    Jimmie Campbell
4303-A Exchange Ave               8434 Winged Foot Dr               545 Lomond Dr
Naples, FL 34104-7021             Fort Myers, FL 33967-2922         Port Charlotte, FL 33953-1530


Jobbers Equipment Warehouse       John L Giasson                    Johnstone Supply
5440 NW 78th Avenue               4532 Coral Palms Ln Apt 7         3484 Domestic Ave
Miami, FL 33166-4190              Naples, FL 34116-7070             Naples, FL 34104-3624


Joletta Johns/CAL Dev             Joseph C Russell                  Justin P Vasconcellos
4200 Ford Street Extension        189 6th Street                    4908 Esplanade St
Fort Myers, FL 33916-7960         Naples, FL 34113-8554             Bonita Springs, FL 34134-3986


Kabota Credit Corp                Kathleen E Dodd                   Keblusek/Werchek
PO Box 0559                       5324 Cypress Lane                 4200 Ford Street Extension
Carol Stream, IL 60132-0559       Naples, FL 34113-7704             Fort Myers, FL 33916-7960
```

| | | |
|---|---|---|
| Korencsik/Scholten<br>4200 Ford Street Extension<br>Fort Myers, FL 33916-7960 | Kubota Credit Corporation<br>P.O. Box 829009<br>Dallas, TX 75382-9009 | Lot 1-Palms of McGregor<br>4200 Ford Street Extension<br>Fort Myers, FL 33916-7960 |
| Lowe's<br>PO Box 530970<br>Atlanta, GA 30353-0970 | Lowe's<br>PO Box 960010<br>Orlando, FL 32896-0010 | Lowe's<br>PO Box 981064<br>El Paso, TX 79998-1064 |
| Lowe's Business Account<br>PO Box 103064<br>Roswell, GA 30076-9064 | Lowe's Business Account<br>PO Box 530970<br>Atlanta, GA 30353-0970 | Manzo/Borelli<br>4200 Ford Street Extension<br>Fort Myers, FL 33916-7960 |
| Marco Office Supply &<br>Printing Co<br>220 Industrial Blvd<br>Naples, FL 34104-3704 | Matthew Soldavini<br>791 10th St S 301<br>Naples, FL 34102-6700 | Mobile Mini Inc<br>PO Box 79149<br>Phoenix, AZ 85062-9149 |
| My Blueprinter<br>1450 Airport Pulling Road N<br>Naples, FL 34104-3351 | N A C M Service Corporation<br>Po Box 21798<br>Tampa, FL 33622-1798 | NACM Service Corp<br>PO Box 21798<br>Tampa, FL 33622-1798 |
| NAPA Auto Parts<br>PO Box 409043<br>Atlanta, GA 30384-9043 | NEBS<br>PO Box 88042<br>Chicago, IL 60680-1042 | Naples Chamber of Commerce<br>2390 Tamiami Trail North<br>Ste 210<br>Naples, FL 34103-4484 |
| New England Bus. Services<br>PO Box 88042<br>Chicago, IL 60680-1042 | Nextel Communications<br>PO Box 4191<br>Carol Stream, IL 60197-4191 | Nextel Communications<br>Sprint<br>P.O. Box 541032<br>Los Angeles, CA 90054-1032 |
| Noland - Clewiston Main<br>4063 Enterprise Ave<br>Naples, FL 34104-7002 | O'Connell/Renovations Plus<br>4200 Ford Street Extension<br>Fort Myers, FL 33916-7960 | Office Max<br>PO Box 5032<br>Sioux Falls, SD 57117 |
| Office Max<br>PO Box 5239<br>Carol Stream, IL 60197-5239 | Office Max<br>PO Box 9713<br>Johnson City, TN 37615-9713 | Office Max<br>Po Box 5329<br>Carol Stream, IL 60197 |
| Office of US Attorney<br>Attn Civil Process Clerk<br>400 North Tampa St Suite 3200<br>Tampa FL 33602-4774 | Alexander L. Paskay<br>Tampa | Phoenix Loss Control Inc<br>Po Box 27087<br>Denver, CO 80227-0087 |

| | | |
|---|---|---|
| Pinewood<br>15790 Chief Court #1<br>Fort Myers, FL 33912-2274 | Prescher's Tool & Fasther<br>2825 Davis Blvd<br>Naples, FL 34104-4336 | Rexel Consolidated<br>Dept 40191<br>Atlanta, GA 31192-0191 |
| Reynaldo A Miller<br>362 Burnt Pine Dr<br>Naples, FL 34119-9773 | Roberta R Summers<br>5790 Dogwood Way<br>Naples, FL 34116-4908 | Roberta Summers<br>5790 Dogwood Way<br>Naples, FL 34116-4908 |
| Roger D Wilken<br>20123 Luettich Lane<br>Estero, FL 33928-2630 | Ron Summers<br>5790 Dogwood Way<br>Naples, FL 34116-4908 | Ronald F Summers<br>5790 Dogwood Way<br>Naples, FL 34116-4908 |
| Ronald Summers<br>5790 Dogwood Way<br>Naples, FL 34116-4908 | Seton Identification Product<br>Po Box 95904<br>Chicago, IL 60694-5904 | Sunbelt Rentals<br>PO Box 409211<br>Atlanta, GA 30384-9211 |
| Sunset Enterprises of Naples, Inc.<br>3884 Progress Ave. #6<br>Naples, FL 34104-3653 | Sunshine Ace Hardware<br>141 Tamiami Trail North<br>Naples, FL 34102-6296 | Swift Oil Change<br>1891 Pine Ridge Road<br>Naples, FL 34109-2133 |
| TIB Bank<br>3940 Prospect Ave<br>#105<br>Naples, FL 34104-3745 | TIB Bank<br>3940 Prospect Avenue<br>Suite 105<br>Naples, FL 34104-3745 | TIB Bank of the Keys<br>PO Box 61039<br>Fort Myers, FL 33906-1039 |
| TIB Bank of the Keys<br>PO Box 61686<br>Fort Myers, FL 33906-1686 | Robert E. Tardif Jr.<br>Trustee<br>2430 Shadowlawn Drive, Suite 18<br>Naples, FL 34112-4801 | Taylor Rental<br>4472 Corporate Square<br>Naples, FL 34104-4755 |
| The Lutheran Prayerbook<br>PO Box 251158<br>Saint Paul, MN 55125-6158 | Steven F Thompson<br>Thompson & Brooks<br>412 East Madison Street, Suite 900<br>Tampa, FL 33602-4617 | Thread Source Inc<br>PO Box 61622<br>Fort Myers, FL 33906-1622 |
| Travis L Conner<br>3325 Airport Pulling Rd N<br>Apt L-1<br>Naples, FL 34105-2850 | Underground<br>7816 Professional Place<br>Tampa, FL 33637-6744 | United Rentals<br>Po Box 100711<br>Atlanta, GA 30384-0711 |
| United States Trustee - FTM7<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Verizon Directories<br>Idearc Media<br>5601 Executive Drive<br>Irving, TX 75038-2508 | Verizon Wireless<br>6550 W Hillsborough Avenue<br>Tampa, FL 33634-5059 |

| | | |
|---|---|---|
| Verizon Wireless<br>PO Box 660108<br>Dallas, TX 75266-0108 | Verizon Wireless<br>PO Box 790292<br>Saint Louis, MO 63179-0292 | Visa - TIB Bank<br>Po Box 2818<br>Omaha, NE 68103-2818 |
| Walgreens-Tamarac/Gerardi<br>4200 Ford Street Extension<br>Fort Myers, FL 33916-7960 | Wright Express<br>Po Box 6293<br>Carol Stream, IL 60197-6293 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Internal Revenue Service<br>Attn Chief Insolvency<br>PO Box 21126<br>Philadelphia PA 19114 | (d)Internal Revenue Service<br>PO Box 17167<br>Fort Lauderdale, FL 33318 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Kubota Credit Corporation<br>PO BOX 829009<br>Dallas, TX 75382-9009 | End of Label Matrix<br>Mailable recipients   184<br>Bypassed recipients     1<br>Total                  185 |