IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In Re:

SUNSET ENTERPRISES OF NAPLES, INC.   Case No. 9:09-bk-00025-ALP

_____Debtor._____ /

## ORDER ON MOTION FOR AUTHORITY TO SELL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS

THIS CAUSE came before the Court for hearing on May 22, 2009, on the Trustee's Motion for Authority to Sell Property of the Estate Free and Clear of Liens to Autobrokers of Fort Myers, Inc., and the Court having heard argument of counsel and being otherwise fully advised in the premises, finds that the Motion is well taken. It is, therefore

ORDERED, ADJUDGED and DECREED that the Motion is hereby granted. It is further

ORDERED, ADJUDGED and DECREED that the Trustee is hereby authorized to sell the following described property to Autobrokers of Fort Myers, Inc., for the sum of $6,300.00, free and clear of liens: 2004 Chevrolet Truck, VIN No. 1GBJG31U441238103

and it is further

ORDERED, ADJUDGED and DECREED that the Trustee is hereby authorized to pay the following from the proceeds of sale: Collier Tax Collector up to $2,365.87. It is further

ORDERED, ADJUDGED and DECREED that the sale shall be free and clear of the purported liens or interests of GMAC.

DONE and ORDERED at Tampa, Florida on _____.

_____
ALEXANDER L. PASKAY
United States Bankruptcy Judge

cc:   Robert E. Tardif Jr., Trustee, Post Office Box 2140, Fort Myers, FL 33902
      Assistant United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL  33602
      Autobrokers Of Fort Myers, Inc., 16210 San Carlos Blvd., Fort Myers, FL 33908
      Sunset Enterprises Of Naples, Inc., 3884 Progress Ave. #6, Naples FL 34104
      Carmen Dellutri, 1436 Royal Palm Square Blvd, Fort Myers, FL 33919
      Internal Revenue Service, Insolvency Unit/Special Procedures, Post Office Box 17167, Stop 5760, Plantation, FL 33318
      U.S. Attorney General, U.S. Dept. of Justice, Tax Division, Ben Franklin Station, P.O. Box 14198, Washington, DC 20044
      District Counsel, Internal Revenue Service, 51 S.W. First Avenue, Room 1114, Miami, FL 33130
      United States Attorney's Office, Attn: Civil Process Clerk, 400 North Tampa Street, Suite 3200, Tampa, FL 33602-4798
      Michael J. Kearns, Dept of Justice, Tax Division, Post Office Box 14198, Washington, DC 20044
      Internal Revenue Service, Atlanta Service Center, P. O. Box 47-421, Doraville, GA 30362