IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In Re:

SUNSET ENTERPRISES OF NAPLES, INC.    Case No. 9:09-bk-00025-ALP

_____DEBTOR._____ /

## REPORT AND NOTICE OF INTENTION TO SELL
## PROPERTY OF THE ESTATE AT PUBLIC SALE

TO:    Creditors, Debtors and Parties in Interest:

ROBERT E. TARDIF, JR., the Trustee duly appointed and acting for the above-captioned estate, reports that he intends to hold a public sale on or after 21 days of the service of this notice, at a place to be determined by the Trustee to sell the following bankruptcy estate interest in the following property under the terms and conditions stated:

1.    Description of Property:    **Kubota Trackhoe, Model #KX71-3R1**

2.    To the HIGHEST BIDDER (The Trustee reserves the right to withdraw any item from bidding if the item, in the Trustees sole discretion, is not bringing a reasonable value.)

3.    Payment:  ALL CASH ON CLOSE OF BIDDING

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

Pursuant to Local Rule 6004-1 the Trustee intends to sell the foregoing property without further notice or hearing unless a party in interest files and serves an objection within 21 days of the date of this report and notice.  If you object to the proposed sale, you must file your objection with the Clerk of the Court at Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602 and serve a copy on Robert E. Tardif Jr., Trustee, P.O. Box 2140, Fort Myers, FL 33902, and on the Assistant United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, Florida 33602.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified.  The objection shall state the reasons therefore and shall include a request for a hearing on the objection.  If no objection is filed, the sale described above will take place without further notice or hearing.

---

**NOTICE:**  For items subject to Florida Sales Tax, if an exemption or waiver is sought, a Resale or Consumer Exemption Certificate will be required upon the sale.  The certificate must bear the name and address of the Purchaser, the effective date and the number of the dealer's certificate of registration, and the dealer's signature.  If a resale certificate is not presented when required, sales tax will be collected.  The tax shall be added to the sales price and the amount of the tax shall be separately stated as Florida tax on any charge tickets, sales slips, invoices or other tangible evidence of sale, and shall be a debt from the purchaser or consumer to the Trustee.  If a titled vehicle is involved, buyer is responsible for paying sales tax to the Tag Agency or Tax Collector.  This provision does not apply to real estate.

4.  **Liens & Encumbrances**: The Trustee has noted all liens of which he has knowledge below, but the Trustee has not performed a judgment or lien search. The property is being sold SUBJECT TO any and all liens and encumbrances of record, those indicated on the Debtor's schedules and any unknown liens and encumbrances, including any IRS of other governmental liens and encumbrances for payment of delinquent or current taxes. The Purchaser is responsible for checking the marketability of the title to the property prior to the date of sale. The Purchaser is responsible for payment of all costs involved in the transfer of title to the property including, but not limited to recording costs, documentary stamps and/or sales tax. NO WARRANTIES are either express or implied. The property is being sold AS IS.

| Lienholder | Address | Amount of lien |
|---|---|---|
| Kubota Credit Corporation USA | P.O. Box 2313<br>Carol Stream, IL 60132 | $7195.86 through 4/10/11 |

**NOTE:** Any parties interested in bidding on the above-described property should send a stamped, self-addressed, business size envelope to the Trustee shown below to obtain a copy of the sale notice to buyers with the day, time and location of the sale, since the sale date is subject to change.

Dated this March 7, 2011.

/s/ Robert E. Tardif Jr.
Robert E. Tardif Jr., Trustee
P.O. Box 2140
Fort Myers, Florida 33902
Telephone: 239/362-2755
Facsimile: 239/362-2756

Copies mailed by the Court as follows:

Robert E. Tardif Jr., Trustee, Post Office Box 2140, Fort Myers, FL 33902
Assistant United States Trustee (electronically)
Sunset Enterprises Of Naples, Inc., 3884 Progress Ave. #6, Naples FL 34104
Carmen Dellutri (electronically)
All Creditors and Parties of Interest