IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In Re:

SUNSET ENTERPRISES OF NAPLES, INC.                Case No. 9:09-bk-00025-ALP

                Debtor(s)
_____/

## TRUSTEE'S REPORT OF SALE

The undersigned Trustee of the estate of the above-named Debtor(s) reports as follows:

1.      On March 7, 2011, the Trustee filed notice of his intention to sell property of the Estate (Kubota Trackhoe).  The Notice was duly served by the Clerk of the Court on parties in interest in accordance with the Bankruptcy Code.

2.      On March 29, 2011, absent any objections to the sale, the Trustee sold the estate's interest in personal property as described in the notice to the Debtor(s), to the highest bidder for the total sum of $3,900.00.

3.      The Trustee has received the sale proceeds.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the Assistant U.S. Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602 this 29th day of March, 2011.

                                              /s/ Robert E. Tardif Jr.
                                              Robert E. Tardif Jr., Trustee
                                              Post Office Box 2140
                                              Fort Myers, FL 33902
                                              (239) 362-2755
                                              (239) 362-2756 (facsimile)