IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In Re:

SUNSET ENTERPRISES OF NAPLES, INC.          Case No. 9:09-bk-00025-BSS

        Debtor.
_____/

## REPORT AND NOTICE OF INTENTION TO SELL
## PROPERTY OF THE ESTATE

TO:    Creditors, Debtors and Parties in Interest:

ROBERT E. TARDIF JR., the Trustee duly appointed and acting in the above estate, reports that he intends to sell on or after 21 days from the date of mailing by the Bankruptcy Court, the following property of the estate of the Debtor, under the terms and conditions set forth below:

1. **Type of Sale and Description of Property**: Private sale to Joseph Richards, 2304 Bruner Lane # 3, Fort Myers, FL 33912. All right, title and interest, if any, of the bankruptcy estate in and/or to White backhoe and trailer.

2. **Terms and Conditions of Sale**: $1,500.00, plus sales tax of 6% for a total of $1,590.00. Both items are used and in fair condition. However, professions connected to construction-related businesses are still affected by economic conditions there is not a large market for these items.

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 6004-1 the Trustee intends to sell the foregoing property without further notice or hearing unless a party in interest files and serves an objection within 21 days of the date of this report and notice. If you object to the proposed sale, you must file your objection with the Clerk of the Court at Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602 and serve a copy on Robert E. Tardif Jr., Trustee, Post Office Box 2140, Fort Myers, Florida 33902, and on the Assistant United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, Florida 33602.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. The objection shall state the reasons therefore and shall include a request for a hearing on the objection. If no objection is filed, the sale described above will take place without further notice or hearing.

**Liens & Encumbrances**: The Trustee has noted all liens of which he has knowledge below, but the Trustee has not performed a judgment or lien search. The property is being sold **SUBJECT TO** any and all liens and encumbrances of record, those indicated on the Debtor's schedules and any unknown liens and encumbrances, including any IRS of other governmental liens and encumbrances for payment of delinquent or current taxes. The Purchaser is responsible for checking the marketability of the title to the property prior to the date of sale. The Purchaser is responsible for payment of all costs involved in the transfer of title to the property including, but not limited to recording costs, documentary stamps and/or sales tax. NO WARRANTIES are either express or implied.

**Higher Bids**: In the case of private sales only, the Trustee will entertain any higher bids for the purchase of the property described in this Report and Notice of Intention to Sell. Such bids must be at least $500.00 higher than the sales price reflected above. Any higher bid must be received by the Trustee at the address listed below no later than close of business 20 days from the date of service of this document.

Dated this August 22, 2011.

                                              /s/ Robert E. Tardif Jr.
                                              Robert E. Tardif Jr., Trustee
                                              P.O. Box 2140
                                              Fort Myers, Florida 33902
                                              Telephone: 239/362-2755
                                              Facsimile: 239/362-2756

Copies mailed by the Court as follows:

Robert E. Tardif Jr., Trustee, Post Office Box 2140, Fort Myers, FL 33902
Assistant United States Trustee (electronically)
Joseph Richards, 2304 Bruner Lane # 3, Fort Myers, FL 33919
Sunset Enterprises Of Naples, Inc., 3884 PROGRESS AVE. #6, Naples FL 34104
Carmen Dellutri (electronically)
All Creditors and Parties of Interest