**LARSONALLEN, LLP**
4099 Tamiami Trail North, Suite 300
Naples, FL 34103
(239) 262-8686

**Case Name: Sunset Enterprises of Naples, Inc**
Case No. 9:09-bk-00025-FMD
Bankruptcy Petition Date: January 02, 2009
Employment Order Date: September 24, 2012
Services Commenced: September 20, 2012
Interim Detailed Billing through January 31, 2013

Note: The rates charged by persons identified below are the customary hourly rates charged in the Fort Myers/Naples service area.

| Date | Services Performed | Partner or Employee | Hours | Rate | Amount |
|---|---|---|---|---|---|

Professional services rendered in connection with the preparation of the U.S. Income Tax Return for an S Corporation, Form 1120S, for the periods ended December 31, 2008, December 31, 2009, December 31, 2010, December 31, 2011 and December 31, 2012 and associated accounting related to the preparation of the returns.

| Date | Services Performed | Partner or Employee | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/20/12 | New client set up, save documents | M. Paul | 0.75 | 105.00 | 78.75 |
| 09/21/12 | Preparation of accounting and information request | T. Gantcheva | 1.50 | 180.00 | 270.00 |
| 10/11/12 | Preparation of accounting | T. Gantcheva | 0.50 | 180.00 | 90.00 |
| 10/12/12 | Preparation of accounting | T. Gantcheva | 0.75 | 180.00 | 135.00 |
| 10/13/12 | Preparation of accounting, income tax returns, prompt determination letter, and fee application | T. Gantcheva | 6.00 | 180.00 | 1,080.00 |
| 01/24/13 | Preparation of accounting, income tax returns, prompt determination letter, and fee application | T. Gantcheva | 2.00 | 180.00 | 360.00 |
| 01/24/13 | Review file, accounting and income tax return | D. Schultz | 2.00 | 315.00 | 630.00 |
| 01/24/13 | Process prompt determination letter, return, and fee application | M. Paul | 1.00 | 105.00 | 105.00 |

**Current Amount Due**　　　　　　　　　　　　　　　　　　　　　　　　　　2,748.75

| Partner or Employee | Hours | Rate | Amount |
|---|---|---|---|
| D. Schultz | 2.00 | 315.00 | 630.00 |
| T. Gantcheva | 10.75 | 180.00 | 1,935.00 |
| M. Paul | 1.75 | 105.00 | 183.75 |

| Total | | | 2,748.75 |
|---|---|---|---|